# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| In re:<br><br>SMD CARROLLTON, LLC.<br>    Debtors.<br><br><br>IBP RETAIL NO. 6, LLC,<br>    Plaintiff,<br><br>v.<br><br>SMD CARROLLTON, LLC and<br>JENNIFER E. FRANK,<br>    Defendants<br><br>v.<br><br>BILLINGSLEY PROPERTY SERVICES, INC.,<br>    Third Party Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 14-40109-BTR-11<br>(Chapter 11)<br><br><br><br><br><br><br><br>ADV. PROC. No. 14-4003 |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Currently before the Court is the Report and Recommendation filed by United States Bankruptcy Judge Rhoades on December 5, 2014 (Dkt. No. 3) regarding IBP Retail No. 6, LLC and Billingsley Property Services, Inc. Motion to Withdraw the district court's automatic reference of this proceeding to the bankruptcy court for the Eastern District of Texas (Dkt. No. 1). No objections having been filed and for the reasons set forth in the Court's Report and Recommendation, the Recommendation is adopted. Accordingly,

**IT IS ORDERED** that IBP's Motion is **DENIED**.
**So ORDERED and SIGNED this 10th day of September, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE